893 A.2d 66

**Jean A. HOLLOCK, Respondent**

v.

**ERIE INSURANCE EXCHANGE, Petitioner.**

Supreme Court of Pennsylvania.

June 28, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of June, 2005, Petitioner's Application for Leave to Supplement its Petition for Allowance of Appeal is **DENIED.**

**IT IS FURTHER ORDERED,** the Petition for Allowance of Appeal is **GRANTED,** limited to the following issues:

1) Whether conduct of a party during a bad faith action under 42 Pa.C.S. § 8371 is admissible to support a finding of punitive damages.

2) What scope of review should an appellate court apply when reviewing a punitive damages award?